IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                      4:13CR00197-7 BSM

RODNEY BRYANT

### ORDER

For the reasons stated at the conclusion of the September 24, 2013 Revocation Hearing, the Government's Motion to Revoke Pretrial Release (docket entry #116) is DENIED.

The Court's July 25, 2013 Order Setting Conditions of Release (docket entry #94) is MODIFIED to require Defendant to reside in chemical-free living until the final disposition of all charges in his case.

IT IS SO ORDERED this 24th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE